No. 2,863.—THE STATE OF MONTANA EX REL. A. L. WARD, RELATOR, *v.* DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT. AND THE HON. J. B. POINDEXTER, A JUDGE THEREOF, RESPONDENTS.

Original application for writ of prohibition.

Decided May 2, 1910.

PER CURIAM.—Relator's application for writ of prohibition herein, heretofore submitted, is, after due consideration, by the court denied.

*Mr. C. R. Stranahan,* and *Mr. C. W. Wiley,* for Relator.

---

No. 2,836.—FRITZ HARDER, RESPONDENT, *v.* NICK HUGHES, APPELLANT.

*Appeal from District Court, Yellowstone County; Sydney Fox, Judge.*

Decided June 20, 1910.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed on motion of appellant on file herein.

*Mr. W. M. Johnston,* for Appellant.